AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH**

# UNITED STATES DISTRICT COURT
for the
_Central_ District of _UTAH_

AUG 2 9 2025

GARY P. SERDAR
CLERK OF COURT

BY _____
DEPUTY CLERK

BRANDON M. SAMPLES
_Petitioner_

v.

STATE OF UTAH
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

Case No.

Case: 2:25-cv-00740
Assigned To : Shelby, Robert J.
Assign. Date : 8/29/2025
Description: Samples v. State of Utah

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: _BRANDON MICHAEL SAMPLES_
   (b) Other names you have used: _N/A_

2. Place of confinement:
   (a) Name of institution: _Utah State Correctional Facility_
   (b) Address: _1480 N. 8000 W Salt Lake City UTAH 84116_
   (c) Your identification number: _____

3. Are you currently being held on orders by:
   ☐ Federal authorities    ☑ State authorities    ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _Seventh Judicial District P.O. Box 635 Castle Dale, Utah 84513_
   (b) Docket number of criminal case: _191700095_
   (c) Date of sentencing: _6/30/2020_
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_: _____
   _____
   _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
   maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other *(explain)*: *conditions of confinement*

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: *UTAH Court of Appeals*

(b) Docket number, case number, or opinion number: *20200537*

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
*Appeals court denied Appeal.*

(d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes                ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: *Utah Supreme Court*

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

*N/A*

(b) If you answered "No," explain why you did not appeal: _____

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes                ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes            ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes            ☑ No

If "Yes," answer the following:

(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes            ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                    ☐ No

If "Yes," provide:

(a)  Date you were taken into immigration custody: _____

(b)  Date of the removal or reinstatement order: _____

(c)  Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes                    ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Fundamental Fairness, 14th Amendment of the US constitution and Article 1, section 7, of the Utah constitution.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Procedural due process, in that the following procedures were not followed, no reas/ or meaningful rational for sentencing decisions by the same Judge.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes        ☐ No

**GROUND TWO:** Sixth Amendment right to equal protections, sentence beyond the maximum otherwise allowed by statute or sentencing guidelines.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Due process clause of the Fourteenth Amendment, United States constitution, by the same Judge.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes        ☐ No

**GROUND THREE:** 18 U.S.C. 241 & 242 Cruel and unusual punishment 5th, 6th, 8th, and 14th amendments

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Wrongful exercise of power and authority Judges are a state officer. The Judge then acts as a Trespasser of the law / don't follow the law, The Judge loses subject matter jurisdiction, It's not voidable, but void.

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes        ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Judge: DON M. TORBERSON, sentenced petitioner, to more than 5-sentence(s), and cases that are not valid, and null and void.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Dated April 16th, to current date of 2016 to 2025. in case no.# 16500027, case no. 502590444 case no. of court records.

(b) Did you present Ground Four in all appeals that were available to you?

☑ Yes          ☐ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Above the scope of qualified counsel's contract, under defense services, ID. They failed to support such claims and cause of action.

**Request for Relief**

15. State exactly what you want the court to do: Petitioner specified this Habeas Corpus petition is brought under 28 U.S.C. 2241 are used to attack the execution of a sentence, in contrast to 2254 proceeding's, which are used to collaterally attack the validity of a conviction and sentence. still, both kinds of action qualify as Habeas proceeding's, because they "attack the fact or duration of a prisoner's confinement and seek the remedy of immediate release, or a shortened period of confinement. I'm asking the court to issue an order, for petitioner's immediate release... A declaration that the acts and omissions described herein violate his right's under the constitution and laws of the united states, and the state of utah cease their physical violence and threats toward petitioner at (U.S.C.F.) and Any additional relief this court deems just, proper, and equitable.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_July 7, th, 2025_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _July 7, 2025_        _/s Brandon Samples_
                             *Signature of Petitioner*


                             _____
                             *Signature of Attorney or other authorized person, if any*